FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 1 2 2019 ★

BROOKLYN OFFICE

DG/MSM/AS
F. #2017R00930

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GUSTAVO TRUJILLO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket **CR 19 134**

**MATSUMOTO, J.**

**MANN, M.J.**

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant GUSTAVO TRUJILLO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           March 12, 2019

                                      RICHARD P. DONOGHUE
                                      United States Attorney
                                      Eastern District of New York
                                      Attorney for Plaintiff
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

                By:     /s/ David Gopstein
                            David Gopstein
                            Mathew Miller
                            Andrey Spektor
                            Assistant U.S. Attorneys
                            (718) 254-6153/6075/6475

Cc:    Clerk of the Court
       Defense Counsel (by email)