FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 12 2019 ★

BROOKLYN OFFICE

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Gustavo Trujillo</u>

2. Related Magistrate Docket Number(s): N/A

3. Arrest Date: N/A

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

CR 19 134

MATSUMOTO, J.
MANN, M.J.

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): <u>United States v. Ramiro Andres Luque Flores</u>, 17-CR-537 (CBA)

6. Projected Length of Trial:   Less than 6 weeks  ☐
   More than 6 weeks  ☐

7. County in which crime was allegedly committed: Kings.
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐Yes ☒No

9. Has this indictment/information been ordered sealed?   ☐Yes ☒No

10. Have arrest warrants been ordered?   ☐Yes ☒No

---

[1]  Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12

11. Is there a capital count included in the indictment?  ☐ Yes  ☒ No

                        RICHARD P. DONOGHUE
                        United States Attorney

By:      /s/ _____
           David Gopstein
           Mathew Miller
           Andrey Spektor
           Assistant U.S. Attorneys
           (718) 254-6153/6075/6475

Rev. 10/04/12