AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 19-CR-00134 (CBA) |
| Gustavo Trujillo ) | |
| ) | |
| Defendant ) | |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR - 4 2019 ★
BROOKLYN OFFICE

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/04/2019

_____
Defendant's signature   GUSTAVO TRUJILLO

_____
Signature of defendant's attorney

DANIEL H. FORMAN
_____
Printed name of defendant's attorney

s/Sanket J. Bulsara
_____
Judge's signature

SANKET BULSARA USMJ
_____
Judge's printed name and title

COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT.# 19-cr-134
DATE: 4/4/19