UNITED STATES DISCTICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA                    Case No. 19-CR-134 (CBA)

- against –

GUSTAVO TRUJILLO,
Defendant.
------------------------------------------------------------------X
INSIGHT SECURITIES, INC. AND
CARLOS LEGASPY,
Petitioners-Victims.

------------------------------------------------------------------ x

## NOTICE OF APPEARANCE FOR LIMITED PURPOSES OF RESTITUTION

To the Clerk of the Court and all parties of record:

    PLEASE TAKE NOTICE THAT the undersigned counsel, an attorney admitted to practice before this Court, hereby enters an appearance in this case on behalf of Insight Securities, Inc. and Carlos Legaspy as a Petitioners-Victims, for the purpose of asserting the Petitioners' rights to restitution from the above-captioned Defendant, pursuant to 18 U.S.C. §§ 3663A, 3664, 3664(d)(5) and 3371 and Fed. R. Crim. P. 32(c)(1)(B).

Dated: September 26, 2019
       Valhalla, New York

                               **GAETA LAW FIRM, LLC**

            By:   /s William A. Friedman
                    William A. Friedman Esq.
                    **GAETA LAW FIRM, LLC**
                    400 Columbus Avenue, 180E
                    Valhalla, New York 10595
                    Phone: (845) 942-0900
                    Fax:  (845) 942-0400

                    Attorneys for Petitioners-Victims,
                    Insight Securities, Inc. and Carlos Legaspy

## CERTIFICATE OF SERVICE

     I, William A. Friedman, hereby certify that on September 19, 2019 I caused a true and correct copy of the foregoing Notice of Appearance For Limited Purposes of Restitution to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

Dated: September 19, 2019
       Valhalla, New York

By:   /s William A. Friedman
      William A. Friedman Esq.
      **GAETA LAW FIRM, LLC**
      400 Columbus Avenue, 180E
      Valhalla, New York 10595
      Phone: (845) 942-0900
      Fax:  (845) 942-0400

      Attorneys for Petitioners-Victims,
      Insight Securities, Inc. and Carlos Legaspy